UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:08-CV-426-BO

| | |
|---|---|
| JOYCE M. GRIGGS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WAYNE YOUNTS; BOBBY T. | ) |
| CHRISTIAN, JR.; LAURA A. MESSLER; | ) |
| WAYNE YOUNTS & ASSOCIATES and | ) |
| WEICHERT REALTORS, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the court is the Defendants Motion to Seal (DE #21) two exhibits filed on June 30, 2010 with Defendants' Memorandum in Support of Motion to Dismiss (DE #20). In their Motion to Seal, Defendants assert that Exhibits A and B to the Memorandum were filed without the redaction of a social security number and bank account number as required by the E-government Act of 2002. Defendants request that the subject exhibits be sealed and that redacted versions of these exhibits included with the Motion (DE #21-1, 21-2) be filed as unsealed exhibits to the Memorandum.

Federal Rule of Civil Procedure Rule 5.2(d) provides that a court may order the un-redacted document to be filed under seal and that an additional redacted version be filed for the public record. In accordance with Rule 5.2, Defendants' Motion is ALLOWED.

The Clerk is DIRECTED to seal the un-redacted versions of Exhibits A and B (DE #20-1, 20-2) and to file the redacted versions (DE #21-1, 21-2) as unsealed exhibits to the Memorandum in Support of Motion to Dismiss.

This the 6 day of July, 2010.

_____
Terrence W. Boyle
United States District Court Judge

647819.22732-L38693